# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 43102

| | |
|---|---|
| STATE OF IDAHO, | ) 2015 Unpublished Opinion No. 652 |
| | ) |
| Plaintiff-Respondent, | ) Filed: October 6, 2015 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| MARK ANTHONY STEARNS, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Cheri C. Copsey, District Judge.

Judgment of conviction and unified sentence of ten years with two years determinate, for enticement of a child over the Internet, affirmed.

Sara B. Thomas, State Appellate Public Defender; Jenny C. Swinford, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before MELANSON, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

---

PER CURIAM

Mark Anthony Stearns pled guilty to enticement of a child through the use of the Internet or other communication device. Idaho Code § 18-1509A. The district court sentenced Stearns to a unified term of ten years with two years determinate. Stearns appeals asserting that the district court abused its discretion by imposing an excessive sentence.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Stearns's judgment of conviction and sentence are affirmed.